IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

PAULA S., *on behalf of* ERIC S.,[1] )
)
      Plaintiff, )
)
v. )
)
ANDREW M. SAUL, )
*Commissioner of Social Security*, )
)
      Defendant. ) Civil Action No. 5:17-CV-305-C

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that the Commissioner's decision should be reversed and that this matter should be remanded for further administrative proceedings.[2]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the decision of the Commissioner is hereby **REVERSED** and this civil action is **REMANDED** for further administrative proceedings.

SO ORDERED this 26th day of February, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] To protect privacy concerns of plaintiffs in social security cases, the undersigned identifies the Plaintiff only by first name and last initial.

[2] The parties have failed to file objections to the Magistrate Judge's Report and Recommendation and the time to do so has now expired.